IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID LEE BOWMAN,<br>Plaintiff, | Civil Action No. 7:23-cv-00578 |
| v. | **MEMORANDUM OPINION** |
| KEEN MOUNTAIN,<br>Defendant(s). | By: Michael F. Urbanski<br>Chief United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered September 18, 2023, the court directed plaintiff to submit within 30 days from the date of the order sending the required six-month statements for the months of March through August which will be certified by and obtained from the appropriate prison official of each prison at which plaintiff is or was confined during those months. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 31st day of October, 2023.

Digitally signed by Michael F. Urbanski Chief U.S. District Judge
Date: 2023.10.31 15:23:51 -04'00'

Chief United States District Judge